IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| CHARLES EDWARD CLAVIN III and ) | Case No. 09-46235-ABF-7 |
| MEGAN CLARE KELLEY, ) | |
| ) | |
| Debtors. ) | |

### MOTION TO TRANSFER FUNDS TO COURT REGISTRY

COMES NOW Gary D. Barnes, Trustee in bankruptcy for Charles Edward Clavin III and Megan Clare Kelley (the "Trustee"), by and through his Counsel, and files this Motion to Transfer Funds to Court Registry. In support thereof the Trustee states:

1. Gary D. Barnes is the duly acting and qualified Trustee of this bankruptcy estate.

2. The Trustee filed his Notice and Summary of the Trustee's Final Report on May 5, 2011, and served the same upon all parties of interest. An Objection deadline for responses was set for May 26, 2011, and on May 31, 2011, the Court entered its Order approving the Trustee's Final Report and authorizing distribution in this case.

3. Dividend checks were cut on June 10, 2011, and forwarded to claimants.

4. The dividend sent to Claimant, Jackson County Collection – Bankruptcy (Claim #1), in the amount of $34.58, was never cashed and the Trustee stopped payment on this stale check.

5. There remains cash in the bankruptcy estate's account of $34.58.

WHEREFORE, the Trustee moves the Court for an Order to transfer the funds held in the bankruptcy estate's account in the sum of $34.58 to the Court Registry; and for such other and further relief as this Court deems just and proper.

KCP-4162273-1

                HUSCH BLACKWELL LLP

                *./s/ Gary D. Barnes*
                Gary D. Barnes, Esq. #26976
                4801 Main, Suite 1000
                Kansas City, MO  64112
                Telephone: (816) 983-8000
                Facsimile: (816) 983-8080

                ATTORNEYS FOR TRUSTEE

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and accurate copy of the MOTION TO TRANSFER FUNDS TO COURT REGISTRY was forward on October 3, 2011, via first-class U.S. Mail, postage pre-paid, or by electronic transmission, as applicable, to the following:

Office of the UST Trustee
USTPRegion13.KC.ECF@usdoj.gov

Jackson County Collection – Bankruptcy
415 E. 12th Street, Room 100
Kansas City, MO  64106

                */s/ Gary D. Barnes*
                Gary D. Barnes

KCP-4162273-1